## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

CARNEY TURNER,

                Defendant.

**CASE NO.   8:21CR78**

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER**

       Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

       (1)     The defendant affirms receiving a copy of the indictment;

       (2)     The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

       (3)     The defendant pleads not guilty to all counts of the indictment.

_____    _3. 24. 2021_____
Defendant                             Date

_____    _3/24/21_____
Attorney for Defendant           Date

## ORDER

      **IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

       DATED this _24th_ day of _March_____, 2021.

                          BY THE COURT:

                          _____
                          MAGISTRATE JUDGE
                          UNITED STATES DISTRICT COURT