# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CARNEY TURNER,<br>　　　　　Defendant. | CASE NO. 8:21CR78<br><br>**WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)　　The defendant affirms receiving a copy of the superseding indictment;

(2)　　The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)　　The defendant pleads not guilty to all counts of the superseding indictment.

_____　　　5.25.2021
Defendant　　　　　　　　　　　　　　　　Date

_____　　　5/25/21
Attorney for Defendant　　　　　　　　　　Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 25th day of May, 2021.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT