## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR78 |
| vs. | ) | |
| CARNEY TURNER, JULISHA BIGGS, and SIDNEY MARKER, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant Sidney Marker's unopposed Motion to Continue Trial [103]. Counsel, having recently entered his appearance, requires additional time to review discovery, complete research, and confer with the defendant. For good cause shown,

**IT IS ORDERED** that the unopposed Motion to Continue Trial [103] is granted, as follows:

1. The jury trial, **for all defendants**, now set for September 7, 2021 is continued to **November 2, 2021**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **November 2, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** August 25, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge