**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR78** |
| **vs.** | ) | |
| | ) | |
| **CARNEY TURNER, JULISHA BIGGS,** | ) | |
| **and SIDNEY MARKER,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendant, Carney Turner's Motion to Continue Trial [114]. Counsel needs additional time to prepare for trial and seek a resolution of the matter. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [114] is granted as follows:

1.  The jury trial, **for all defendants**, now set for January 31, 2020 is continued to **March 28, 2022.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **March 28, 2022** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.  A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **December 27, 2021.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:  December 20, 2021.**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**