IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CARNEY TURNER,<br><br>    Defendant. | 8:21CR78<br><br>MEMORANDUM<br>AND ORDER |

  This matter is before the Court on defendant Carney Turner's ("Turner") third *pro se* request for an extension of time to file a motion under 28 U.S.C. § 2255 (Filing No. 308). The Court does not have jurisdiction to grant his request for an extension of time because he has not actually filed a § 2255 motion. *See* U.S. Const. art. III, § 2, cl. 1 (requiring an actual case or controversy); *United States v. Asakevich*, 810 F.3d 418, 419, 421 (6th Cir. 2016) (listing cases and concluding "a federal prisoner [cannot] ask a court to grant him an extension of time to file a 28 U.S.C. § 2255 motion before he has filed the § 2255 motion"); *Green v. United States*, 260 F.3d 78, 82 (2d Cir. 2001) (similar). The Court promptly denied his first two motions for an extension of time (Filing Nos. 303, 304, 305, 306) for the same reason.

  Rather than file his § 2255, Turner again attempts to follow the same path that proved to be a dead end twice before. The result is the same here. Because Turner has not filed a § 2255, the Court must deny his latest request for an extension of time for a lack of jurisdiction. Turner must now take steps to timely file his proposed § 2255 motion. Unless and until he does that, additional requests for extensions of time will fail.

  For the foregoing reasons,

  IT IS ORDERED:

1. Defendant Carney Turner's third request for an extension of time to file a motion under 28 U.S.C. § 2255 (Filing No. 308) is denied without prejudice.

2. The Clerk of Court is again directed to mail Turner a copy of the form for filing a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody and copies of all three denials of Turner's extension requests.

Dated this 10th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge