IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:21CR78 |
| v. | |
| CARNEY TURNER, | ORDER ON INITIAL REVIEW |
| Defendant. | |

This matter is before the Court on defendant Carney Turner's ("Turner") *pro se* Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 310). He primarily argues his appointed counsel provided bad legal advice regarding his guilty plea and the United States Sentencing Guidelines. *See Strickland v. Washington*, 466 U.S. 668, 694 (1984) (noting criminal defendants have a constitutional right to the effective assistance of counsel). He also criticizes what he calls "[t]he unconstitutional vague nature of the superseding indictment & how the enhancements are similar yet separated to excessively sentence those charged or found guilty of [18 U.S.C. §§] 1591(a) or 2422(b) crimes" and faults his counsel for failing to argue that "the complicit nature in which minors can avoid any or all accountability causes a miscarriage of justice due to the fact that their bad acts or deceit are ignored by Law Enforcement & the Government in order to pursue convictions."

Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts requires the Court to complete an initial review of Turner's motion. Unless "it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief," the Court must order the United States Attorney to respond to the motion or "take other action the judge may order." *Id.*

Applying that standard to Turner's motion, the Court finds summary dismissal is not required in this case. The United States Attorney therefore must answer or otherwise respond to Turner's motion on or before November 24, 2025.

IT IS SO ORDERED.

Dated this 24th day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge