**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CARNEY TURNER,**<br><br>**Defendant.** | **8:21CR78**<br><br>**ORDER** |

This matter is before the Court on the defendant's pro se motion (Filing No. 348) requesting the Clerk of Court provide him with a copy of the Indictment (Filing No. 22), Superseding Indictment (Filing No. 41), and the Court's Memorandum and Order (Filing No. 321) without payment of costs.

On May 25, 2022, Defendant pleaded guilty without a written plea agreement to one count of conspiring to sex traffic a minor, in violation of 18 U.S.C. § 1594(c); three counts of sex trafficking a minor, in violation of 18 U.S.C. § 1591(a); and two counts of enticing a minor, in violation of 18 U.S.C. § 2422(b). On November 8, 2022, the Court sentenced Defendant to concurrent life terms on each count. The defendant appealed his convictions and sentence to the Eighth Circuit, which rejected his arguments on appeal. (Filing No. 295).

On April 13, 2026, the Court denied Defendant's motion (Filing No. 310) under 28 U.S.C. § 2255 to vacate his conviction, and did not issue a certificate of appealability. (Filing No. 334). Defendant filed a Notice of Appeal from that order. (Filing No. 336). On October 2, 2026, the Eighth Circuit denied Defendant's application for a certificate of appealability. (Filing No. 347).

On October 6, 2026, the Court received the instant motion asking for free copies. (Filing No. 348). Defendant states he urgently needs these copies "due to the appellate matter being time sensitive and requiring the use of the documents requested." However, the Eighth Circuit has denied his application for a certificate of appealability, and other than this motion for copies, the defendant has no motions or cases pending before this court. Defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Neither statutory authority nor this Court's practice requires the provision of free copies of court records to Defendant under these

circumstances. Therefore, the Court is not inclined to order copies of the requested documents at the government's expense. Defendant may pay for the requested copies at the established rate of 50¢ per page. Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 348) requesting free copies is denied. The defendant may pay for the requested copies at the established rate of 50¢ per page.

Dated this 6th day of October, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge